THE STATE OF FLORIDA, ON THE RELATION OF FLORIDA EAST COAST RAILWAY COMPANY, A CORPORATION, *Relator*, v. THE BOARD. OF EQUALIZERS OF THE STATE OF FLORIDA, CONSISTING OF CARY A. HARDEE, GOVERNOR OF FLORIDA, RIVERS BUFORD, ATTORNEY GENERAL OF FLORIDA, AND J. C. LUNING, STATE TREASURER OF FLORIDA, *Respondents*.

Decision Filed November 20, 1922.

Petition for rehearing denied December 12, 1922.

A case of original jurisdiction.

*Scott M. Loftin* and *Stafford Caldwell*, for Relator;

*Rivers Buford*, Attorney General, for Respondents.

PER CURIAM.—Let the peremptory writ issue upon the authority of the State *ex rel*. A .C. L .Railway Company v. The Board of Equalizers of the State of Florida, decided at this term of the court.

BROWNE, C. J., AND TAYLOR AND ELLIS, J. J., concur.

WHITFIELD AND WEST, J. J., dissent.